UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHIS IN WASHINGTON, <br><br>  Plaintiff, <br><br>  v. <br><br> U.S. DEPARTMENT OF COMMERCE, <br><br>  Defendant. | Civil No. 1:17-cv-00135 (APM) |

**JOINT STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between the parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned action shall be dismissed with prejudice, each party to bear its own attorney fees and costs.

March 8, 2017                                         Respectfully submitted,

| | |
|---|---|
| /s/ *Anne L. Weismann* | CHAD A. READLER |
| (D.C. Bar No. 298190) | Acting Assistant Attorney General, Civil Division |
| Stuart C. McPhail | |
| (D.C. Bar No. 1032529) | MARCIA BERMAN |
| Citizens for Responsibility and  Ethics in Washington | Assistant Director, Federal Programs Branch |
| 455 Massachusetts Ave., N.W. | /s/ *Dena M. Roth* |
| 6th Floor | Dena M. Roth (D.C Bar No. 1001184) |
| Washington, D.C. 20001 | Trial Attorney |
| Phone: (202) 408-5565 | United States Department of Justice |
| Fax: (202) 588-5020 | Civil Division, Federal Programs Branch |
| aweismann@citizensforethics.org | 20 Massachusetts Ave., N.W., Room 7107 |
| | Phone: (202) 514-5108 |
| Attorneys for Plaintiff | Fax: (202) 616-8470 |
| | Email: Dena.m.roth@usdoj.gov |
| | Attorneys for Defendant |